**IN THE UNITED STATES BANKRUPTCY COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

| | |
|---|---|
| IN RE: Herman F. Serafini Jr.<br>      Debtor<br><br>Quicken Loans Inc., its successors and/or assigns<br>      Moving Party<br>  vs.<br><br>Herman F. Serafini Jr.<br>      Debtor<br><br>Charles J. DeHart, III Esq.<br>      Trustee | CHAPTER 13<br><br><br><br><br>NO. 16-01109 JJT<br><br><br><br>11 U.S.C. Section 362 |

**PRAECIPE TO WITHDRAW**

**TO THE CLERK OF THE BANKRUPTCY COURT:**

 Kindly withdraw the Proof of Claim, Claim number 6 of Quicken Loans Inc., which was filed with the Court on or about **October 25, 2016**.

                Respectfully submitted,

                **/s/ Joshua I. Goldman, Esquire**
                Joshua I. Goldman, Esquire
                Thomas Puleo, Esquire
                Attorneys for Movant/Applicant
                KML Law Group, P.C.
                Main Number: (215) 627-1322

October 25, 2016