# United States Bankruptcy Court

MIDDLE DISTRICT OF PA

In Re:  
HERMAN F SERAFINI, JR.

Case No. 1601109

## TRANSFER OF CLAIM OTHER THAN FOR SECURITY

A CLAIM HAS BEEN FILED IN THIS CASE, or deemed filed under 11 U.S.C. § 1111 (a). Transferee hereby gives evidence and notice pursuant to Rule 3001(e)(2), Fed. R. Bankr. P., of the transfer, other than for security, of the claim referenced in this evidence and notice.

PRA Receivables Management, LLC., as agent of  
Portfolio Recovery Associates, LLC

Onemain Financial

-------------------------------------------  
Name of Transferee

-------------------------------------------  
Name of Transferor

Name and Address where notices to transferee should be sent:  
Portfolio Recovery Associates, LLC  
POB 41067  
Norfolk, VA 23541

Court Claim # (if known): 4  
Amount of Claim: $7,725.47  
Date Claim Filed: 06/30/2016

Phone: (877)829-8298  
Last Four Digits of Acct # : 4704

Phone:  
Last Four Digits of Acct #: 4704

Name and Address where transferee payments  
Should be sent (if different from above)  
Portfolio Recovery Associates, LLC  
POB 12914  
Norfolk, VA 23541

Seller Information  
ONE MAIN FINANCIAL HOLDINGS, INC.  
100 International Drive  
Baltimore MD 21202

Phone: (877)829-8298  
Last Four Digits of Acct # : 4704

I declare under penalty of perjury that the information provided in this notice is true and correct to the best of my knowledge and belief.

By: /s/ Mackenzie Fallon  
-------------------------------------------  
Transferee/Transferee's Agent  
Email: Bankruptcy_Info@portfoliorecovery.com

Date: 3/28/2017

*Penalty for making a false statement*: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 & 3571

# BILL OF SALE AND ASSIGNMENT

THIS BILL OF SALE AND ASSIGNMENT dated as of September 29, 2016 between the undersigned entities, with offices located at 300 Saint Paul Place, Baltimore, MD 21202 (collectively, the "Seller") and Portfolio Recovery Associates, LLC, ("Buyer"), organized under the laws of Delaware, with its headquarters/principal place of business at 120 Corporate Boulevard, Norfolk, VA 23502.

For value received and subject to the terms and conditions of the Amended and Restated Purchase and Sale Agreement dated May 20, 2016, between Buyer and the Seller (the "Agreement"), the Seller does hereby transfer, sell, assign, convey, grant, bargain, set over and deliver to Buyer, and to Buyer's successors and assigns, the Accounts described in Exhibit 1 and the final electronic file. Except as provided for in the Agreement, this Bill of Sale and Assignment is executed without recourse and without representations or warranties including, without limitation, warranties as to the collectability.

Seller:

OneMain Financial Holdings, L.L.C.; OneMain Financial Inc. (Delaware); OneMain Financial, Inc. (West Virginia); OneMain Financial Services, Inc. (Minnesota); OneMain Financial, Inc. (Hawaii)

By: _____
    (Signature)

Name: Dan R. Becker
Title: Assistant Secretary for OneMain Financial Inc. (Delaware); OneMain Financial, Inc. (West Virginia); OneMain Financial Services, Inc. (Minnesota); and, OneMain Financial, Inc. (Hawaii)