In re:                                                           Case No. 16-01109-JJT
Herman F Serafini, Jr.                                           Chapter 13
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0314-4         User: MMchugh          Page 1 of 1          Date Rcvd: Mar 29, 2017
                             Form ID: pdf010        Total Noticed: 2

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Mar 31, 2017.
   NO NOTICES MAILED.

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
                +E-mail/PDF: cbp@onemainfinancial.com Mar 29 2017 19:04:27
                OneMain Financial Group, LLC asf Wells Fargo,   Bank,N.A., as Issuer Loan Trustee for,
                OneMain Financial Issuance Trust 2015-2,   605 Munn Road,   Ft Mill, SC 29715-8421
4764389         +E-mail/PDF: cbp@onemainfinancial.com Mar 29 2017 19:04:47    Onemain Financial,
                6801 Colwell Blvd,   Ntsb-2320,   Irving, TX 75039-3198
                                                                              TOTAL: 2

          ***** BYPASSED RECIPIENTS *****
NONE.                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Mar 31, 2017                          Signature:   /s/Joseph Speetjens

---

# CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 29, 2017 at the address(es) listed below:
          Charles J DeHart, III (Trustee)    dehartstaff@pamd13trustee.com,   TWecf@pamd13trustee.com
          Gail Lee Hills   on behalf of Debtor Herman F Serafini, Jr. gail.hills@ghillslaw.com
          Joshua I Goldman   on behalf of Creditor   Quicken Loans Inc. bkgroup@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          Thomas I Puleo   on behalf of Creditor   Quicken Loans Inc. tpuleo@kmllawgroup.com,
          bkgroup@kmllawgroup.com
          United States Trustee   ustpregion03.ha.ecf@usdoj.gov
                                                                              TOTAL: 5

# United States Bankruptcy Court

## Middle District of Pennsylvania
## Case No. 4:16-bk-01109-JJT
## Chapter 13

In re: Debtor(s) (including Name and Address)

Herman F Serafini, Jr.
226 West Side Road
Jersey Shore, PA
17740

## NOTICE OF TRANSFER OF CLAIM OTHER THAN FOR SECURITY

The Claim No(s). listed below was/were filed or deemed filed under 11 U.S.C. § 1111(a) in this case by the alleged transferor.  As evidence of the transfer of that claim, the transferee filed a Transfer of Claim Other than for Security in the clerk's office of this court on 03/03/2017.

| Name and Address of Alleged Transferor(s): | Name and Address of Transferee: |
| --- | --- |
| Claim No. 4: OneMain Financial Group, LLC asf Wells Fargo Bank, N.A., as Issuer Loan Trustee for OneMain Financial Issuance Trust 2015-2  605 Munn Road Ft Mill SC 29715 | Portfolio Recovery Associates, LLC POB 41067 Norfolk, VA 23541 |

## -- DEADLINE TO OBJECT TO TRANSFER --

The alleged transferor(s) of the claim is hereby notified that objections must be filed with the court within twenty-one (21) days of the mailing of this notice.  If no objection is timely received by the court, the transferee will be substituted as the original claimant without further order of the court.

Date:   03/29/17

Terrence S. Miller

**CLERK OF THE COURT**